UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

MASSACHUSETTS BAY INSURANCE CO.
AND HANOVER INSURANCE GROUP,
INC.,

Plaintiffs,

v.

SENECA INSURANCE COMPANY, INC.,
GREAT AMERICAN ALLIANCE
INSURANCE COMPANY, 2939, LLC,
JOHN DOES 1–10, AND ABC
CORPORATIONS 1–10,

Defendants,

and

RI XIAN WANG
MEI YING LIN
LINDA WEISS
DAVID WEISS
BULSON MANAGEMENT, LLC,

Interested Parties.

_____x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022

No. 21-cv-09184

## FIRST SCHEDULING ORDER

McMahon, J.:

The Court having convened an initial conference in this action enters the following

schedule:

- The parties shall exchange discovery pursuant to Fed. R. Civ. P. 26(a) and respond to

    all demands for document production by **June 20, 2022.**

- Discovery disputes in this case will be resolved by the assigned Magistrate Judge, who is Magistrate Judge Robert W. Lehrburger. If there is a discovery dispute that counsel cannot resolve on their own, file a letter to Chambers via ECF and ask for an order of reference to the Magistrate Judge for discovery supervision. Thereafter, go directly to the Magistrate Judge for resolution of discovery disputes; do not contact Judge McMahon.

- Counsel for Plaintiffs and counsel for Seneca must file a joint status update letter with the court by **June 24, 2022.** The letter should explain (1) whether discovery was produced; (2) whether any disputes that need to be referred to the Magistrate Judge; and (3) whether any party wishes to depose any person and, if so, about what; and (4) any information concerning the status of the pending motion to vacate the default judgment in *Continental Indemnity Company v. Bulson Management, LLC, et al.* (No. 20-cv-3479 (JMF)).

- The court will notify the parties about next steps after reviewin the status update letter.

Dated: May 5, 2022

_____

U.S.D.J.

BY ECF TO ALL PARTIES