```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MASSACHUSETTS BAY INSURANCE CO.
et al.,

                            Plaintiffs,

       - against -

SENECA INSURANCE COMPANY Inc., et al.,

                          Defendants.
-------------------------------------------------------------X

21-CV-9184 (CM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This matter having been referred to me for general pretrial purposes, and pursuant to the parties' joint status letter submitted on June 24, 2022 at Dkt. 68, it is hereby ordered that, by July 13, 2022, the parties shall meet and confer and file with the Court a proposed schedule for the remainder of discovery and dispositive motions, and shall identify points of disagreement, if any.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated: June 28, 2022
       New York, New York

Copies transmitted this date to all counsel of record.