USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MASSACHUSETTS BAY INSURANCE CO. et al.,

                       Plaintiffs,

      - against -

SENECA INSURANCE COMPANY Inc., et al.,

                       Defendants.
-------------------------------------------------------------X

21-CV-9184 (CM) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Court appreciates the status report filed by the parties on July 13, 2022 and the prospect of mediation. (Dkt. 73.) The report, however, does not provide a schedule for completion of discovery and dispositive motions. The Court does not leave case schedules open-ended. Accordingly, by **July 22, 2022**, the parties shall meet and confer and submit a schedule with dates for: (1) no further amendments to pleadings or addition of parties; (2) completion of fact discovery; and (3) completion of expert discovery. The parties may set interim dates by agreement.

      While the report describes various disputes or potential disputes, the report does not indicate that any are ripe for the Court's consideration. If and when disputes remain that cannot be resolved after meeting and conferring, the parties shall address them by letter motion in conformity with Judge Lehrburger's individual rules of practice.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 18, 2022
New York, New York

Copies transmitted this date to all counsel of record.

2