

**DONNELLY MINTER & KELLY, LLC**

JARED J. LIMBACH
Direct Dial 973.200.6386
jlimbach@dmklawgroup.com

September 28, 2022

<u>Via ECF</u>

The Honorable Robert W. Lehrburger, U.S.M.J.
500 Pearl Street, Room 1960
United States Courthouse
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2022

Re: **Massachusetts Bay Ins. Co., et al. v. Seneca Ins. Co., Inc., et al.**
**Case No. 1:21-cv-09184**
**Our File No. 349.202**

Dear Judge Lehrburger:

My firm represents Plaintiffs Massachusetts Bay Insurance Company and Hanover Insurance Group, Inc. in the above-referenced action. Currently, there is a telephonic discovery conference scheduled for 10:30 a.m. tomorrow, September 29, 2022, to address Defendant Seneca Insurance Company's request for additional discovery.

Unfortunately, one of my children (age 6) was unexpectedly hospitalized on Monday night. He was transferred to a different facility last night and is currently in a pediatric intensive care unit. Although we hoped for a speedy recovery, it now appears he will remain in hospital through the end of the week.

As a result, with apologies to both counsel and the Court for any inconvenience, I am requesting an adjournment of tomorrow's conference. To my knowledge, there have been no prior adjournments of this conference, nor have there been any prior adjournment requests. Although I would normally discuss an adjournment request with counsel prior to filing, under the circumstances I am constrained to file this letter without my adversaries' consent.

Should Your Honor have any questions or wish to discuss this matter, I can be reached on my cell phone at (973) 769-8668.

We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Jared J. Limbach

JARED J. LIMBACH

Request granted. The conference will be rescheduled. The Court wishes counsel's child a swift recovery.

SO ORDERED:

9/28/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

cc:  All Counsel of Record (via ECF)

163 Madison Avenue, Suite 320
Morristown, NJ 07960
Tel: 973.200.6400
Fax: 973.200.6401
dmklawgroup.com

40 Wall Street, 28th Floor
New York, New York 10005
Tel: 212.537.9125
Fax: 212.537.9198
dmklawgroup.com