UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Massachusetts Bay Insurance Co., et al.,

    Plaintiffs,

-against-

                          21-cv-9184 (CM) (RWL)

Seneca Insurance Company Inc., et al.,

    Defendants.

-----------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2023
```

## ORDER

McMahon, J.:

    On April 7, 2023, due to a Clerk's office error, this court received a letter from defendant Great American Insurance Company in *Massachusetts Bay Insurance Company, et al. v. Seneca Insurance Company, Inc., et al*, 21-cv-09184 (CM) (RWL). The letter requested a pre-motion conference to seek permission to move for leave to file an Amended Answer asserting a cross-claim against co-defendants 2939, LLC and David and Linda Weiss. Dkt. No. 105.

    The court ordered that the defendant file a notice of motion, and said it would not hold a pre-motion conference. Dkt. No. 106. However, in light of the General Pretrial Order in this case (Dkt. No. 69), defendant's letter should have been directed to Judge Lehrburger.

    The order at Dkt. No. 106 is withdrawn. Judge Lehrburger will address defendant's letter at Dkt. No 105.

Dated: April 13, 2023

                                                                              U.S.D.J.

BY ECF TO ALL COUNSEL