```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MASSACHUSETTS BAY INSURANCE CO.            :
et al.,                                    :
                                           :
                         Plaintiffs,       :   21-CV-9184 (CM) (RWL)
                                           :
            - against -                    :   ORDER
                                           :
SENECA INSURANCE COMPANY Inc., et al.,     :
                                           :
                         Defendants.       :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     As discussed during the conference held via Teams on May 4, 2023, in the event that Great American seeks leave to file an Amended Answer asserting a cross-claim against co-defendants 2939 and the Weiss's, Great American shall file its motion by June 1, 2023; any opposition shall be filed by June 15, 2023; and any reply shall be filed by June 22, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 4, 2023
      New York, New York

Copies transmitted this date to all counsel of record.