```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MASSACHUSETTS BAY INSURANCE CO.              :
et al.,                                      :
                                             :
                                             :   21-CV-9184 (CM) (RWL)
                    Plaintiffs,              :
                                             :
        - against -                          :   ORDER
                                             :
                                             :
SENECA INSURANCE COMPANY Inc., et al.,       :
                                             :
                    Defendants.              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2023

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  This order addresses the issues raised by Defendant Seneca at Dkt. 122 and Plaintiff Hanover's response at Dkts. 123 and 124.  Hanover consents to the alternative relief requested by Seneca; namely, the discovery deadline will be extended, and Hanover will produce additional discovery and participate in depositions.  Hanover suggests that such additional discovery be deferred pending mediation, assuming the relevant parties agree to participate in a mediation.  Accordingly, Defendant's request for a conference is denied without prejudice.  The parties shall meet and confer about a proposed revised schedule and, by August 16, 2023, shall jointly file a proposed schedule and identify unresolved issues, if any.

  The Clerk of Court is respectfully requested to terminate the letter motion at Dkt. 122.

            SO ORDERED.

            _____
            ROBERT W. LEHRBURGER
            UNITED STATES MAGISTRATE JUDGE

Dated: August 8, 2023
      New York, New York

Copies transmitted this date to all counsel of record.