```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MASSACHUSETTS BAY INSURANCE CO.      :
et al.,                              :
                                     :      21-CV-9184 (CM) (RWL)
                  Plaintiffs,        :
                                     :
        - against -                  :      ORDER
                                     :
SENECA INSURANCE COMPANY Inc., et al.,:
                                     :
                  Defendants.        :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2024

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties have not filed a 60-day status report since December 14, 2023.

Accordingly, by April 17, 2024, the parties shall file a joint status report.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 10, 2024
       New York, New York

Copies transmitted this date to all counsel of record.

1