# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

MASSACHUSETTS BAY INSURANCE
COMPANY and HANOVER INSURANCE
GROUP, INC.,

                    Plaintiffs,                    21 **CIVIL** 9184 (CM)

    -against-                                       **JUDGMENT**

SENECA INSURANCE COMPANY, GREAT
AMERICAN INSURANCE COMPANY, 2939 LLC,
AND SOME OTHERS,

                    Defendants.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated February 26, 2025, the motions for summary judgment are decided as follows: 1. Plaintiffs' motion for summary judgment is in all respects DENIED. 2. 2939's cross-motion for summary judgment is GRANTED to the extent of declaring that 2939 is entitled to indemnification from Borgo/Industria; that Plaintiffs are liable to insure 2939 to the limits of their respective policies; and that neither of 2939's insurers (Seneca or Great American) is liable to cover any portion of the loss in this case. 3. The cross-motions for summary judgment by Seneca and Great American are GRANTED. 4. The complaint in this action is DISMISSED WITH PREJUDICE. Judgment is entered dismissing the complaint with prejudice and with costs to the Defendants; accordingly, the case is closed.

**Dated:** New York, New York

       February 27, 2025

                                                                    TAMMI M. HELLWIG

                                                                    Clerk of Court

                                  BY:

                                                                    Deputy Clerk